United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR W. TUTTLE, ERIC BRAUN, THE BRAUN FAMILY TRUST, AND WENDY MEG SIEGEL, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SKY BELL ASSET MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | No. C 10-03588 WHA<br><br>**ORDER FINDING THAT CASES ARE NOT RELATED** |

On August 31, 2011, plaintiff Wailea Partners, LP filed an administrative motion to consider whether Wailea Partners, LP v. HSBC Bank USA, N.A., C 11-03544 SC, should be related to Tuttle, *et al*. v. Sky Bell Asset Management, LLC, *et al*., C 10-03588 WHA.  Having viewed the two case files, the undersigned judge finds that these two actions are not related.  The Tuttle action concerns a class of investors challenging numerous financial transactions, auditors, partnerships, and managers, only one of which is in the HSBC action.  By contrast, HSBC involves Wailea's attempt to rescind a single investment contract.  There are substantial differences between the claims in the two actions that will result in different discovery, procedural, factual and legal issues.  Thus, relating the cases would not likely promote judicial efficiency or consistency.

The cases are not related and no reassignment will occur.

.

**IT IS SO ORDERED.**



Dated: September 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE