1  DAVID E. BRODSKY (*Pro Hac Vice Application to be Submitted*)
   MARLA A. DECKER (*Pro Hac Vice Application to be Submitted*)
2  JUSTIN L. ORMAND (*Pro Hac Vice Application to be Submitted*)
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
3  One Liberty Plaza, New York NY 10006
   Telephone: (212) 225-2000
4  Facsimile:  (212) 225-3999
   E-mail: dbrodsky@cgsh.com
5  E-mail: mdecker@cgsh.com
   E-mail: jormand@cgsh.com
6
   JONATHAN A. PATCHEN (SBN 237346)
7  JOSHUA R. BENSON (SBN 269111)
   TAYLOR & COMPANY LAW OFFICES, LLP
8  One Ferry Building, Suite 355
   San Francisco, California  94111
9  Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
10 E-mail: jpatchen@tcolaw.com
   E-mail: jbenson@tcolaw.com
11
   Attorneys for Defendant
12 HSBC BANK USA, N.A.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

18 | WAILEA PARTNERS, LP, a Delaware limited partnership, | Case No.: CV-11-3544 (SC) |
19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE** |
20 | v. | |
21 | HSBC BANK USA, N.A., a national banking association, | Honorable Samuel Conti |
22 | | |
23 | Defendant. | |

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE:
CASE NO. CV-11-3544 (SC)

1  WHEREAS, plaintiff Wailea Partners, LP ("Wailea") filed its Complaint on July 19, 2011,
2  naming as defendant HSBC Bank USA, N.A. ("HSBC");
3  WHEREAS, pursuant to stipulation filed August 8, 2011, HSBC's response to the
4  Complaint is due September 19, 2011, and on that date HSBC intends to file a motion to dismiss
5  pursuant to Federal Rule of Civil Procedure 12(b) ("Motion to Dismiss");
6  WHEREAS, HSBC has reserved December 9, 2011 for the hearing on its Motion to
7  Dismiss;
8  WHEREAS, Wailea and HSBC have agreed, subject to Court approval, to a briefing
9  schedule for HSBC's Motion to Dismiss;
10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the
11  parties, through their respective counsel, subject to Court approval, that:
12  1.  Wailea's opposition to HSBC's Motion to Dismiss shall be filed on or before
13  November 7, 2011;
14  2.  HSBC's reply in support of the Motion to Dismiss shall be filed no than November
15  23, 2011.

17  Dated: September 16, 2011      TAYLOR & COMPANY LAW OFFICES, LLP

19
20                                  By:   /s/ Jonathan A. Patchen
                                          Jonathan A. Patchen
21                                  Attorneys for Defendant HSBC BANK USA, N.A.

22
23  Dated: September 16, 2011      ROZWOOD & COMPANY, APC

25                                  By:   *Benjamin Rozwood*
                                          S. Benjamin Rozwood
26                                  Attorneys for Plaintiff WAILEA PARTNERS, LP

1.
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE:
CASE NO. CV-11-3544 (SC)

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  DATED: __9/19/11_____

_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

2.
STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE:
CASE NO. CV-11-3544 (SC)