IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAILEA PARTNERS, LP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A., a national banking association,<br><br>Defendant. | Case No. 11-CV-3544 SC<br><br>JUDGMENT |

On December 15, 2011, the Court issued an Order dismissing Plaintiff Wailea Partners LP's Complaint with prejudice. ECF No. 39 ("Order"). In accordance with the Court's Order, JUDGMENT is hereby entered in favor of Defendant HSBC Bank USA, N.A., and against Plaintiff Wailea Partners, L.P.

IT IS SO ORDERED, ADJUDGED, and DECREED.

Dated: December 27, 2011

UNITED STATES DISTRICT JUDGE