UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 31 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAILEA PARTNERS, LP, a Delaware limited partnership, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> HSBC BANK USA, N.A., a national banking association <br><br> Defendant - Appellee. | No. 11-18041 <br><br> D.C. No. 3:11-cv-03544-SC Northern District of California, San Francisco <br><br> ORDER |

Before: BYBEE and BEA, Circuit Judges, and RESTANI, Judge.*

    Wailea Partners, LP, is ordered to submit affidavits certifying the citizenship of all relevant entities, including all owners, partners, and members of Wailea Partners, LP, Wailea Capital GP, LLC, and all members of any LLC's or partnerships that are themselves members of Wailea Partners or Wailea Capital, by February 5, 2014.  See <u>Blue Ridge Ins. Co. v. Stanewich</u>, 142 F.3d 1145, 1148 (9th Cir. 1998).

---

\*    The Honorable Jane A. Restani, Judge for the U.S. Court of International Trade, sitting by designation.